11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Protocol Technologies, Inc.,                           * From the 266th District
                                                         Court of Erath County,
                                                         Trial Court No. CV30212.

Vs. No. 11-11-00079-CV                                 * March 28, 2013

J.B. Grand Canyon Dairy, L.P.,                         * Opinion by McCall, J.
                                                         (Panel consists of: Wright, C.J.,
                                                         McCall, J., and Willson, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Protocol Technologies, Inc.